UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00503-CKD |
| Plaintiff, | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | |
| BLAKE C. DIEP, | DATE:  December 17, 2020<br>TIME:  9:30 a.m. |
| Defendant. | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00503-CKD with prejudice is GRANTED.

It is further ordered that the status conference scheduled on December 17, 2020, is vacated.

IT IS SO ORDERED.

Dated:  December 9, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order to Dismiss and
Vacate Status Conference                    1                U.S. v. Blake C. Diep